UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **ED CV 07-00886 VBF (RZ)**                                       Dated: **May 12, 2008**

Title:     Clyde Samuel Higginbotham -v- Guillermina Hall, Warden

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

**PROCEEDINGS (IN CHAMBERS):**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, Report Recommendation of the United States Magistrate Judge (dated October 4, 2007), Petitioner's Objections to the Report and Recommendation (filed November 2, 2007) and Magistrate Judge's Order Re Petitioner's November 2, 2007 filing (filed December 6, 2007). Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has

MINUTES FORM 90                                              Initials of Deputy Clerk   rs
CIVIL - GEN

objected. The Court accepts the findings and recommendations of the Magistrate Judge with the following modifications:

    1) Page 2: line 19 (date is August 25, 2007 rather than July 27, 2007);
    2) Incorporate the Magistrate Judge's Order of December 6, 2007; and
    3) Clarify that the ground for dismissal without prejudice is failure to exhaust admissible remedies, i.e., Petitioner has not filed a petition for Writ of Habeas Corpus showing that he has exhausted his state court remedies.

MINUTES FORM 90　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk __rs__
CIVIL - GEN