# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE SAMUEL HIGGINBOTHAM, <br><br> Petitioner, <br><br> vs. <br><br> GUILLERMINA HALL, WARDEN, <br><br> Respondent. | CASE NO. ED CV 07-00886 VBF (RZ) <br><br> JUDGMENT |

This matter came before the Court on the Petition of CLYDE SAMUEL HIGGINBOTHAM for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge, (as set forth in this Court's Order of 5-12-08,)

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 5-12-08

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE